United States District Court
Southern District of Texas

**ENTERED**

July 07, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANDRES ZACARIAS PALOMINO, | § § § | |
| Petitioner, | § § | CIVIL ACTION NO. 4:26-cv-00501 |
| v. | § § | |
| WARDEN, Montgomery Processing Center, *et al.*, | § § § | |
| Respondents. | § § | |

## ORDER

The petitioner, Andres Zacarias Palomino, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his detention by officials with the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE). (Dkt. No. 1). On May 12, 2026, the respondents filed an Advisory reporting that on May 11, 2026, the petitioner was granted voluntary departure by an immigration judge. (Dkt. No. 10). Further, review of ICE's *Online Detainee Locator System* appears to indicate that the petitioner is not currently in ICE custody and may have been removed from the United States.[1]

---

[1] The location of a detainee in ICE custody may be found by searching for the detainee by the detainee's A-number and country of birth at ICE's Online Detainee Locator System website, available at https://locator.ice.gov/odls/#/search (last visited July 2, 2026).

**Within five (5) days of the date of this Order**, the petitioner's counsel must provide the Court with a status update stating whether the petitioner is still in custody or whether this habeas petition is moot because the petitioner has departed the United States.

The Clerk shall provide a copy of this Order to the parties.

It is so ORDERED.

SIGNED on July 6, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge

2